No. 20-61019

_____

IN THE UNITED STATES COURT OF THE APPEALS
FOR THE FIFTH CIRCUIT

_____

CHARLES CRAWFORD, *Petitioner-Appellant*

*v.*

BURL CAIN, ET AL., *Respondent-Appellee*

_____

**PETITIONER-APPELLANT'S UNOPPOSED
MOTION FOR EXTENSION OF TIME TO FILE
A PETITION FOR REHEARING**

_____

Petitioner-Appellant, Charles Crawford, through undersigned counsel, moves this Honorable Court pursuant to Fifth Circuit Local Rules 27.1 and 35.4 for an additional thirty (30) days to file his Petition for Rehearing, which is currently due on December 29, 2022. Undersigned counsel has conferred with Special Assistant Attorney General Bridgette Grant and is authorized to state that Respondent-Appellee does not oppose this request.

In support of this request, Petitioner-Appellant submits that the following reasons provide good cause for an extension.

On December 15, 2022, this Court affirmed Mr. Crawford's conviction and sentence. After reviewing the Court's opinion, counsel believes there are important issues to raise in a petition for rehearing en banc. However, due to several conflicting professional obligations, counsel requires additional time to prepare the petition.

Undersigned counsel represents the plaintiff in *Olivia Coleman-Pearson v. Emily Misty Martin, et al.*, Case No. 5:20cv00151 (S.D. Ga.) and was engaged in full-day depositions for that case on December 16 and 19 in Douglas, Georgia. Discovery is scheduled to close on January 9, 2023, and the undersigned must conduct and defend several more depositions, attend a status conference, and prepare discovery-related filings by that deadline. Additionally, because the depositions will take place in Douglas, Georgia, which is four hours away from Atlanta, the undersigned must also engage in substantial travel over the coming weeks.

In addition to the approaching discovery deadline, the undersigned was recently retained to represent an individual in a civil matter that must be filed in federal district court in Georgia by early January to comply with the controlling statute of limitations. As a result, the undersigned must devote substantial time over the next week to preparing the complaint and reviewing it with the client, who resides several hours from Atlanta.

Lastly, the undersigned is lead class counsel in *Gumm v. Ford*, Case No. 5:15-cv-00041 (M.D. Ga.), and is monitoring Defendants' compliance with the district court's final order and injunction, which requires the undersigned to spend several days over the coming weeks meeting with class members at the Special Management Unit in Jackson, Georgia, in addition to preparing for a status conference and meeting with opposing counsel concerning several alleged breaches of the court's injunction.

WHEREFORE, Petitioner-Appellant Charles Crawford respectfully requests that the deadline for his Petition for Rehearing be extended an additional thirty (30) days, resulting in a new deadline of January 28, 2023.

                                        Respectfully submitted,

                                        /s/*Vanessa J. Carroll*
                                        Vanessa Carroll, MS Bar No. 102736
                                        Southern Center for Human Rights
                                        60 Walton Street NW
                                        Atlanta, GA 30303
                                        Phone: (608) 354-7149
                                        Email:  vcarroll@schr.org

                                        *Counsel for Petitioner-Appellant*

## CERTIFICATE OF SERVICE

The undersigned certifies that on December 22, 2022, the foregoing was filed with the Clerk of Court via the electronic filing system, which will send an electronic Notice of Docket Activity to the following Filing User:

Bridgette N. Grant
Special Assistant Attorney General
Mississippi Attorney General's Office
Post Office Box 220
Jackson, MS 39205
bridgette.grant@ago.ms.gov

"The court's electronic Notice of Docket Activity constitutes service of the filed document on all Filing Users." 5th CIR. R. 25.2.5.

      /s/*Vanessa J. Carroll*
      Vanessa Carroll, MS Bar No. 102736
      Southern Center for Human Rights
      60 Walton Street NW
      Atlanta, GA 30303
      Phone: (608) 354-7149
      Email: vcarroll@schr.org

      *Counsel for Petitioner-Appellant*

## CERTIFICATE OF COMPLIANCE

The undersigned certifies that:

1. This document complies with the word limit of Fed. R. App. P. 27(d)(1)(2) because, excluding the parts of the document exempted by Fed. R. App. P. 32(f): this document contains 387 words.

2. This document complies with the typeface requirements of Fed. R. App. P. 32(a)(5) and the type-style requirements of Fed. R. App. P. 32(a)(6) because this document has been prepared in a proportionally-spaced typeface using Microsoft Word 2016 in Times New Roman, 14-point font for text.

/s/*Vanessa J. Carroll*
Vanessa Carroll, MS Bar No. 102736
Southern Center for Human Rights
60 Walton Street NW
Atlanta, GA 30303
Phone: (608) 354-7149
Email:  vcarroll@schr.org

*Counsel for Petitioner-Appellant*