# *United States Court of Appeals*
**FIFTH CIRCUIT**
**OFFICE OF THE CLERK**

**LYLE W. CAYCE**
**CLERK**

**TEL. 504-310-7700**
**600 S. MAESTRI PLACE,**
**Suite 115**
**NEW ORLEANS, LA 70130**

January 30, 2023

Ms. Bridgette Grant
Office of the Attorney General
for the State of Mississippi
P.O. Box 220
Jackson, MS 39205

    No. 20-61019   Crawford v. Cain
                          USDC No. 3:17-CV-105

Dear Counsel:

This letter will serve to confirm our telephone conversation this date advising the parties that the court has requested a Response or Opposition to Appellant's Petition for Rehearing En Banc be filed in this office on or before Thursday, February 9, 2023.

                                  Sincerely,

                                  LYLE W. CAYCE, Clerk

                                  By: _____
                                  Whitney M. Jett, Deputy Clerk
                                  504-310-7772

cc:
    Ms. Vanessa Carroll